# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | ED CV 18-02201 SB (KKx) | Date: | December 24, 2020 |
|---|---|---|---|

**Title:** *Bruce De Villing v. Sabert Corp., et al.*

**Present: The Honorable  STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers]  Order to Show Cause (OSC)

The Court received a status report from defense counsel in this case on December 22, 2020, which states:

> On April 15, 2019, the Parties entered into a private and confidential agreement resolving this Action and Plaintiff's claims (the "Agreement"). In addition to effecting Plaintiff's waiver of all claims against Sabert, the Agreement also required Plaintiff to dismiss this Action with prejudice. While the foregoing appears to explain Plaintiff's lack of prosecution, Sabert is unclear on the reasons why Plaintiff has failed to dismiss this Action with prejudice as required by the Agreement.

This settlement occurred more than 20 months ago, and yet the plaintiff neglected to dismiss the case with prejudice, as required by the parties' agreement, and failed to notify the Court of the settlement, as required by

Local Rule 15.7.  The plaintiff further ignored an order of this Court on October 15, 2020, directing the plaintiff to explain the lack of prosecution.

Therefore, the Court modifies its OSC issued on December 17, 2020 to include the following:  Plaintiff's counsel is ordered to show cause why the court should not sanction counsel for failing to give notice of settlement as required by the local rules, and for failing to respond to the October 15, 2020 order.  Plaintiff's counsel is to file a declaration explaining these failures **by no later than January 8, 2021**.

    **IT IS SO ORDERED**.