1  Jill Piano, CA Bar No. 193930
   Law Offices of Jill Piano
2  401 Wilshire Blvd., 12th Floor
   Santa Monica, CA 90401-1456
3  Telephone: (310) 954-9377
   Email: jillpianoesq@gmail.com
4
5  Attorneys for BRUCE DE VILLING
6
   Christopher Ward, CA Bar No. 238777
7  Foley and Lardner LLP
   555 South Flower Street, Suite 3500
8  Los Angeles, California 90071-2411
   Telephone: (213) 972-4500
9  Email: cward@foley.com
10
11 Attorneys for SABERT CORPORATION
12
13             UNITED STATES DISTRICT COURT
14             CENTRAL DISTRICT OF CALIFORNIA
15                    EASTERN DIVISION
16 BRUCE DE VILLING, an individual,       CASE NO.  5:18-CV-2201-SB-KK
17 Plaintiff,
18 vs.                                     **JOINT STIPULATION AND ORDER
                                           FOR DISMISSAL WITH PREJUDICE**
19
20 SABERT CORPORATION and DOES 1-100,
   INCLUSIVE                              CASE FILED: August 21, 2018
21
22         Defendants.
23
24      TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:
25      The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil
26 Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed
27 by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims
28 stated herein against all parties, with each party to bear its own attorney's fees and costs.

1
**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

1    DATED: January 19, 2021              LAW OFFICES OF JILL PIANO

2

3                                         **s/JILL PIANO**
                                          _____
4                                         Jill Piano, Esq.
                                          Attorney for Plaintiff, BRUCE DE VILLING
5

6    DATED: January 19, 2021              FOLEY & LARDNER LLP

7

8                                         **s/CHRISTOPHER WARD**
                                          _____
9                                         Christopher Ward, Esq.
                                          Attorneys for Defendant, SABERT
10                                        CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **<u>ORDER</u>**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: January ___, 2021

                                                  _____

STANLEY BLUMENFELD JR.
District Court Judge

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**