FILED
CLERK, U.S. DISTRICT COURT

January 21,2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DE VILLING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SABERT CORPORATION and DOES 1-100, INCLUSIVE<br><br>Defendant. | CASE NO. 5:18-CV-2201-SB-KK<br><br>**PROPOSED ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>CASE FILED: August 21, 2018 |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**DONE AND ORDERED** in Chambers, in Los Angeles, Los Angeles County, California this 21st day of January, 2021.

Dated: 1/21/2021

*[signature]*

Stanley Blumenfeld, Jr.
United States District Judge